UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


SIDIKIE COLE,

        Petitioner,

v.

ALLEN BYAM,

        Respondent.
_____/

Case No. 1:11-cv-115

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation (Dkt. #4) filed by United States Magistrate Judge Joseph G Scoville in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that the habeas corpus petition is **DISMISSED** for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED.**

**This action is terminated.**


Date:  March 25, 2011                            /s/ Paul L. Maloney
                                                                            Paul L. Maloney
                                                                            Chief United States District Judge