UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SIDIKIE COLE,

    Petitioner,

Case No. 1:11-cv-115

v.

HONORABLE PAUL L. MALONEY

ALLEN BYAM,

    Respondent.
_____/

## **JUDGMENT**

Having issued an order adopting a report and recommendation and dismissing the petition for writ of habeas corpus, pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of respondent and against the petitioner.

Date: March 25, 2011                                    /s/ Paul L. Maloney
                                                                                    Paul L. Maloney
                                                                                    Chief United States District Judge